Underwritten by:
American Modern Property and
Casualty Insurance Company



SALLY JONES
19 NOONAN RD
WRIGHT WY 82732-5062

August 19, 2024

**PolicyHolder:**
SALLY JONES
**Policy Number:**
104-605-267
**Policy Type:**
Manufactured Home

Dear SALLY JONES,

Thank you for choosing American Modern Property and Casualty Insurance Company and BURNS INSURANCE AGENCY INC for your insurance needs. We know you have choices for your insurance, and we thank you for choosing us.

Your policy documents are enclosed. I encourage you to review them, especially the declarations page which summarizes the coverage and limits you selected.

If you have questions concerning the enclosed documents or if you have any additional insurance needs, please contact BURNS INSURANCE AGENCY INC at (307) 547-3571.

The invoice for your policy has been sent to your lienholder. At this time there is no need to send us a payment.

Thank you for the privilege of allowing us to protect you with this policy. It's a responsibility we take very seriously.

Sincerely,

Andreas Kleiner
President and CEO
American Modern Property and Casualty Insurance Company

Customer Service          servicecenter@amig.com  |  www.amig.com/customer
1-800-543-2644 phone  |  8 a.m. to 8 p.m. Eastern  |  1-800-217-5150 fax
American Modern Insurance Group®  |  PO Box 740167  |  Cincinnati, OH 45274-0167
Please include your policy number and contact information on all correspondence.

IL-CW-CL-0003 10-15

EXHIBIT 1
Bates 1

EXHIBIT 1
Bates 2

Underwritten by:
American Modern Property and
Casualty Insurance Company



SALLY JONES
19 NOONAN RD
WRIGHT WY 82732-5062

August 19, 2024
**PolicyHolder:**
SALLY JONES
**Policy Number:**
104-605-267
**Policy Type:**
Manufactured Home

Dear SALLY JONES,

Thank you for trusting American Modern Property and Casualty Insurance Company and BURNS INSURANCE AGENCY INC for your insurance needs. We know you have options for your insurance, and we thank you for choosing us.

Your policy documents are enclosed. We encourage you to review them, especially the declarations page which summarizes the coverage and limits you selected.

If you have questions concerning the enclosed documents or if you have any additional insurance needs, please contact BURNS INSURANCE AGENCY INC at (307) 547-3571.

Thank you for the privilege of allowing us to protect you with this policy. It's a responsibility we take very seriously.

Sincerely,

Andreas Kleiner
President and CEO
American Modern Property and Casualty Insurance Company

Customer Service        servicecenter@amig.com  |  www.amig.com/customer
1-800-543-2644 phone  |  8 a.m. to 8 p.m. Eastern  |  1-800-217-5150 fax
American Modern Insurance Group®  |  PO Box 740167  |  Cincinnati, OH 45274-0167
Please include your policy number and contact information on all correspondence.

IL-CW-CL-0017 10-15

EXHIBIT 1
Bates 3

EXHIBIT 1
Bates 4

Underwritten by:
American Modern Property and
Casualty Insurance Company



WCDA, ISAOA
PO BOX 10100
CASPER WY 82602-0100

August 19, 2024
**PolicyHolder:**
SALLY JONES
**Policy Number:**
104-605-267
**Policy Type:**
Manufactured Home

Dear WCDA, ISAOA,

Our mutual customer, SALLY JONES, has a new insurance policy with American Modern Property and Casualty Insurance Company. They have requested that we forward the billing invoice to you for payment. You will receive the invoice in a separate mailing.

If you have questions concerning the enclosed documents, please contact BURNS INSURANCE AGENCY INC at (307) 547-3571.

Thank you for the privilege of allowing us to protect you with this policy. It's a responsibility we take very seriously.

Sincerely,

Andreas Kleiner
President and CEO
American Modern Property and Casualty Insurance Company

Customer Service          servicecenter@amig.com   |   www.amig.com/customer
1-800-543-2644 phone  |  8 a.m. to 8 p.m. Eastern   |  1-800-217-5150 fax
American Modern Insurance Group®   |   PO Box 740167  |  Cincinnati, OH 45274-0167
Please include your policy number and contact information on all correspondence.

IL-CW-CL-0020 10-15

EXHIBIT 1
Bates 5

EXHIBIT 1
Bates 6

# POLICY DECLARATIONS

American Modern Property and Casualty Insurance Company

**Manufactured Home**
**New Business**



## Premium Summary

| | |
|---|---|
| Dwelling #1: | $2,304.00 |
| 19 NOONAN RD | |
| WRIGHT WY 82732-5062 | |
| Policy Coverages | $92.00 |
| Additional Costs | $0.00 |
| Total Policy Premium | $2,396.00 |

Note: a minimum earned premium of $100.00 applies to this policy.

## Policy Discounts

Claims Free Discount
Association Discount

## Policy Summary

**Policy Number:**
104-605-267

**Policy Period:**
08/16/2024 to 08/16/2025 12:01 A.M. Standard Time

**Named Insured(s):**
SALLY JONES
19 NOONAN RD
WRIGHT WY 82732-5062

**Contracted Agency:**
BURNS INSURANCE AGENCY INC - #049535
PO BOX 250
BURNS WY 82053

## Additional Named Insureds and Designees

| | |
|---|---|
| **Name:** | **Address:** |
| DUANE JONES | 19 NOONAN RD, WRIGHT WY 82732-5062 |
| **Relationship to Primary Named Insured:** | **Description of Interest:** |
| Spouse | ADDITIONAL NAMED INSURED |

## Policy Coverages

| Coverage | Limit / Description | Premium |
|---|---|---|
| Personal Liability | 500,000 | $85.00 |
| Damage to Property of Others | 500 | |
| Medical Payments | 2,000 Per person/25,000 Per occurrence | $7.00 |
| Animal Liability Sub-Limit | 10,000 | Included |
| Mold Exclusion - Personal Liability | | Included |
| | **Policy Level Coverages Premium** | $92.00 |

## Dwelling #1:  19 NOONAN RD, WRIGHT WY 82732-5062

| Occupancy: | Residence Type: | Year Built: | Territory: | Protection Class Code: | In Park of 26 or more spaces |
|---|---|---|---|---|---|
| Owner Occupied | Manufactured Home | 2002 | 2 | | No |

| Style: | Year Roof Replaced: | Model Year: | Make: | Model: | Serial Number: |
|---|---|---|---|---|---|
| Multi-wide | 2014 | 2002 | Skyline | Lexington | unknown |

### Additional Interests

| **Description of Interest:** | **Name:** | **Address:** |
|---|---|---|
| Lienholder | WCDA, ISAOA | PO BOX 10100, CASPER WY 82602-0100 |
| Loan/Contract Number:  74223724006524 | | |

EXHIBIT 1
Bates 7

## Manufactured Home Policy Declaration

American Modern Property and Casualty Insurance Company
Policy Period:  08/16/2024 - 08/16/2025
Policy Number:  104-605-267          Policy Type: Manufactured Home



## Coverage Detail

| Coverage | Limit / Description | Premium |
|---|---|---|
| Dwelling | | $1916.00 |
|    Limit | 260,000 | |
|    Loss Settlement | Replacement Cost | |
| All Other Peril Deductible | 500 | |
| Wind and Hail Deductible | 2,500 | |
| Other Structures | 150,000 | $253.00 |
|    Loss Settlement | Replacement Cost | |
| Personal Property | 104,000 | $130.00 |
|    Loss Settlement | Replacement Cost | |
| Loss of Use | 26,000 | Included |
| Water Damage | | Included |
|    Limit | Full | |
| Mold and Remediation - Property | 3,500 | Included |
| Fire Department Service Charge | 500 | $5.00 |

**Important Information**

This dwelling does not have coverage for the peril of flood.

This dwelling does not have coverage for the peril of earthquake.

| | **Premium** | **$2,304.00** |
|---|---|---|

## Your Policy Documents

Your policy consists of this Policy Declaration and the documents in the following list.  Please keep these together.
**Policy Level Forms (Forms that apply to all Dwelling)**

IL-CW-G-0001(01-15) - Signature Endorsement

IL-CW-G-0010(07-17) - Additional Policy Protection

MH-CW-P-0001(03-18) - Homeowners Policy for Manufactured Homes

MH-CW-X-0005(01-15) - Personal Liability Fungi, Wet or Dry Rot, or Bacteria Exclusion

MH-CW-X-0004(01-15) - Home Day Care Exclusion

MH-WY-A-0001(07-23) - Special Provisions - Wyoming

**Forms that apply to Dwelling #1:  19 NOONAN RD, WRIGHT WY 82732-5062**

MH-CW-C-0003(01-15) - Personal Property Replacement Cost

MH-CW-C-0025(01-18) - Windstorm or Hail Deductible

MH-CW-C-0019(01-15) - Limited Fungi, Wet or Dry Rot, or Bacteria Coverage - Property

MH-CW-C-0006(06-19) - Water Damage Coverage Limit

MH-WY-C-0037(01-19) - Replacement Cost with Roof Covering Restriction - Wyoming

## Policy Maintenance Information

It's easy to manage your policy online 24/7. You can make payments, file claims, view policy documents, and more.
Go to amig.com to create an account or log in today!

EXHIBIT 1
Bates 8

**Manufactured Home Policy Declaration**

American Modern Property and Casualty Insurance Company
Policy Period:  08/16/2024 - 08/16/2025
Policy Number:  104-605-267          Policy Type: Manufactured Home



---

## PLEASE REVIEW THE INFORMATION CONTAINED IN THIS POLICY.
## IF ANY INFORMATION IS INCORRECT, PLEASE CONTACT:

BURNS INSURANCE AGENCY INC
(307) 547-3571

### Report a Claim: 1-800-375-2075

American Modern Insurance Group

Mailing address
PO Box 5323
Cincinnati, OH 45201-5323

Main Administrative Office
7000 Midland Blvd.
Amelia, OH 45102-2607

EXHIBIT 1
Bates 9

EXHIBIT 1
Bates 10



# Homeowners Policy For Manufactured Homes

**American Modern Property and Casualty Insurance Company**

**Amelia, OH**

MAILING ADDRESS:
P.O. BOX 5323
CINCINNATI, OH 45201-5323
www.amig.com

MAIN ADMINISTRATIVE OFFICE:
7000 MIDLAND BLVD.
AMELIA, OH 45102-2607

EXHIBIT 1
Bates 11

# American Modern Property and Casualty Insurance Company

## A Stock Insurance Company

Amelia, OH

## Homeowners Policy For Manufactured Homes

### TABLE OF CONTENTS

Insuring Agreement ................................................................................................ 2

Definitions ................................................................................................................ 2

Section I - Property Coverages ........................................................................... 4

Section I - Perils Insured Against ...................................................................... 10

Section I - Exclusions ........................................................................................... 10

Section I - Conditions .......................................................................................... 12

Section II - Liability Coverages .......................................................................... 15

Section II - Exclusions ......................................................................................... 16

Section II - Conditions ......................................................................................... 19

Section I and II - Conditions .............................................................................. 20

### PLEASE READ YOUR POLICY CAREFULLY

For service, information or questions concerning this policy, contact your agent or our Home Office. Our phone number is 1-800-543-2644.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

## INSURING AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

The Declarations show the policy period, coverages, limits of liability and premiums. This policy is not complete without the Declarations.

## DEFINITIONS

In this policy, **you** and **your** refer to the Named Insured shown on the Declarations and the spouse, if a resident of the **residence premises**. **We**, **us** and **our** refer to the Company providing this insurance.

In addition, certain words and phrases defined are as follows:

1. **Actual cash value** means the cost to repair or replace property with new materials of like kind and quality, less an adjustment for physical depreciation, deterioration, obsolescence and depreciation of the cost of labor associated with the repair or replacement of covered property at the time of loss.

2. **Aircraft** means any contrivance used or designed for flight. This does not include model or hobby **aircraft** not used or designed to carry people or cargo.

3. **Alteration** means deliberate change to the encumbered property without permission of the **lienholder** that results in reduced property value. This is whether or not you intended the resulting reduction in value.

4. **Bodily injury** means bodily harm, sickness or disease, and includes necessary care, loss of services and resulting death.

5. **Business** means any trade, profession, occupation or service of an **insured person**. **Business** includes any part-time, temporary, or permanent activity engaged in for compensation.

6. **Concealment** means when you withhold or hide all or part of encumbered property from the **lienholder**, or remove the property from the area of use known to the **lienholder**, with the apparent intent of wrongfully appropriating the property.

7. **Controlled substance(s)** means a drug or other substance, or immediate precursor including heroin, lysergic acid diethylamide (LSD), cocaine, marijuana (cannabis), peyote, methaqualone, cultivating tools, plants and manufacturing tools.

8. **Conversion** means when you transfer ownership, sell or encumber, trade or dispose of all or part of encumbered property without permission of the **lienholder**.

9. **Diminution of value** means the actual or perceived loss in market or resale value that results from a direct and accidental loss.

10. **Earth movement** means:

    a. Earthquake;

    b. Land shock waves or tremors occurring before, during or after a volcanic eruption;

    c. Landslides;

    d. Mine subsidence, sinkhole;

    e. Mudflow, mudslide; or

    f. Earth sinking, rising, or shifting.

11. **Flood** means a general temporary condition of partial or complete covering of normally dry land areas as a result of:

    a. The overflow of inland or tidal waters;

    b. The unusual and rapid build up or runoff of surface water from any source; or

    c. Mudslides or mudflows which are caused by the build up of water on or below the surface of the ground.

    **Flood** can also mean the collapse or sinking of land along the shore of a body of water as a result of erosion or undermining caused by waves or currents of water that exceed the normal levels, which results in a **flood** as defined above.

12. **Insured person** means:

    a. You and permanent residents of the **residence premises** who are:

       (1) Your relatives; or

       (2) Other persons under the age of 21 and in the care of any person named above;

    b. A student enrolled in school full-time, as defined by the school, who was a permanent resident of the **residence premises** before moving out to attend school. This is provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a person described in **a.(1)** above; or

**c.** Under Section **II**, with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft that are owned by you or any person included in **a.** or **b.** above. **Insured person** does not mean a person or organization using or having custody of these animals or watercraft in the course of any **business** or without consent of the owner.

**13. Insured premises** means:

**a.** The **residence premises**;

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** That is shown on the Declarations; or

**(2)** That is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** or **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an **insured person**; and

**(2)** Where an **insured person** is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an **insured person**;

**f.** Land owned by or rented to an **insured person** on which a one- or two-family dwelling is being built as a residence for an **insured person**;

**g.** Individual or family cemetery plots or burial vaults of an **insured person**; or

**h.** Any part of a premises occasionally rented to an **insured person** for other than **business** use.

**14. Lienholder** means the person or **business**, named on the Declarations, including any mortgagee, that loaned you money on your dwelling. This includes any successor in interest or assignee.

**15. Motor vehicle** means:

**a.** Any motorized land conveyance of any type. This is regardless of whether or not it is licensed for road use or whether the motorized land conveyance is made for use on or off public roads. The term **motor vehicle** shall include, but is not limited to, automobiles, motorcycles, mopeds, all-terrain vehicles, tractors, riding lawnmowers, snowmobiles, and go-carts.

It does not mean:

**(1)** A golf cart while used on a golf course for golfing purposes;

**(2)** A motorized vehicle, not subject to **motor vehicle** registration, designed and used solely to aid the handicapped; or

**(3)** Lawn or garden equipment while used on the **insured premises**. However, lawn or garden equipment that is:

**(a)** In excess of 25 horsepower; or

**(b)** An all-terrain vehicle;

is a **motor vehicle**.

**b.** A trailer or semi-trailer made for use on or off public roads.

**c.** Any vehicle while being towed or carried by one of the above **motor vehicles**.

**16. Nuclear hazard** means any nuclear reaction, radiation, or radioactive contamination. These are all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**17. Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** **Bodily injury**; or

**b.** **Property damage**.

**18. Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, asbestos and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**19. Property damage** means physical injury to, destruction of, or loss of use of tangible property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

20. **Residence employee** means:

    **a.** An employee of an **insured person,** or an employee leased to an **insured person** by a labor leasing firm, under an agreement between an **insured person** and the labor leasing firm, whose duties are related to the maintenance or use of the **residence premises**. This includes household or domestic services; or

    **b.** One who performs similar duties elsewhere not related to the **business** of an **insured person**.

A **residence employee** does not include a temporary employee who is furnished to an **insured person** to substitute for a permanent **residence employee** on leave or to meet seasonal or short-term workload conditions.

21. **Residence premises** means:

    **a.** The one-family dwelling, other structures, and grounds where you live and that is shown on the Declarations;

    **b.** Where you will reside once set-up or construction is complete, and after the dwelling has been delivered; or

    **c.** A two-family dwelling where you live in at least one of the family units and that is shown on the Declarations.

22. **Service agreement** means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

23. **Total loss** means a loss for which the cost to repair or replace your dwelling plus any salvage value is equal to or greater than the amount shown on the Declarations for Dwelling coverage.

24. **Vermin** means animals that tend to access or enter into or under, structures for forging or shelter, and, as a result, cause loss or damages. Such animals include but are not limited to armadillos, bats, beavers, coyotes, lizards, opossums, raccoons, skunks, snails, snakes, slugs or squirrels.

---

### SECTION I - PROPERTY COVERAGES

For coverages you have selected, we cover the following types of property if shown on the Declarations:

## PROPERTY COVERED

1. **Dwelling**

    **a.** We cover the dwelling, on the **residence premises**, shown on the Declarations. This includes:

        **(1)** Parts, accessories, and equipment that are built into or attached to the dwelling and form a permanent part of its structure;

        **(2)** Above-ground foundation supports, tie-downs, central air conditioners, water pumps, skirting, steps, septic tanks, and oil and gas drums that furnish heating or cooking fuel for the dwelling; and

        **(3)** Structures attached to the dwelling.

    **b.** This coverage does not apply to land, including land on which the dwelling is located.

2. **Other Structures**

    **a.** We cover other structures on the **residence premises** set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

    **b.** This coverage does not apply to land, including land on which the other structures are located.

    **c.** We do not cover other structures:

        **(1)** Used in whole or in part for **business**;

        **(2)** Rented or held for rental to any person not a tenant of the dwelling; or

        **(3)** That are manufactured homes, barns, farm structures or livestock structures.

3. **Personal Property**

    **a.** We cover personal property owned or used by an **insured person** while on the **residence premises**. You may apply up to 10% of the personal property coverage limit for your personal property located elsewhere. This does not increase the coverage limit shown on the Declarations.

    **b. Personal Property Not Covered**

    We do not cover the following types of property:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**(1)** Money (except coin collections), bank notes, deeds, securities, accounts, evidence of debt, letters of credit, passports, bullion, metals and precious metals, including but not limited to, platinum, gold and silver.

**(2)** **Aircraft** (we do cover model or hobby aircraft not used or designed to carry people or cargo, up to $1,500), farm machinery, trailers used or designed for use with livestock or farm equipment, campers, **motor vehicles** (other than a motor vehicle used to service the insured's residence or designed to assist the handicapped), watercraft, including but not limited to jet-skis, wet-bikes, wave-runners, airboats or any jet-driven water conveyance, or any equipment of any of the above.

**(3)** Items carried or held as samples or for sale or delivery after sale.

**(4)** Animals, fish, reptiles or birds.

**(5)** Property intended for or used for **business** purposes in any way or at any time.

**(6)** Articles and property separately described and specifically insured in this or any other insurance.

**(7)** Property owned by roomers, boarders and tenants.

**(8)** Antennas, including satellite dishes and all equipment related to the satellite system, except as provided for in the Supplementary Coverages section of this policy.

**c. Special Limits On Certain Personal Property**

We will pay no more than a total of $2,000 for loss to the following types of personal property. This applies regardless of the number of items involved in the loss. The special limit for each category shown below is the total limit for each loss for all property in that category. These limits do not increase the limit of liability for personal property coverage.

**(1)** $1,000 - Jewelry, watches, precious and semi-precious stones or furs. Furs include any piece of clothing having fur that is its main value.

**(2)** $1,000 - Silverware, silver-plated ware, goldware, gold-plated ware, platinum ware, platinum-plated ware and pewterware. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter.

**(3)** $1,000 - Fine arts, ceramics, china, antiques and heirlooms.

**(4)** $1,000 - Guns, ammunition and related equipment.

**(5)** $1,000 - Audio or video recording devices. These include but are not limited to, camcorders, cameras, compact disks, compact disk players, digital video disks, digital video disk players, laser disks, records, tapes, video cassette recorders, video game cartridges and disks, and accessories of any of the above items.

**(6)** $1,000 - Musical instruments, their equipment and accessories.

**(7)** $1,000 - Books, memorabilia, souvenirs, tickets, manuscripts, personal records, stamp, coin, card and comic book collections. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists. This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**(8)** $500 - Golf equipment.

**(9)** $1,000 - Tools (including but not limited to hand, electric, battery or gas powered).

**(10)** $1,000 - Computers, computer software, disks, personal digital assistants, equipment and accessories for these items.

**(11)** $1,000 - Trailers not used or designed for use with watercraft, livestock, farm equipment or camping.

**SUPPLEMENTARY COVERAGES**

The following coverages are provided without extra premium when we insure your dwelling after the dwelling has been delivered to the address where you will reside, if that address is the same as the address listed on the policy.

**1. Loss Of Use**

The limit of liability for Loss Of Use shown on

the Declarations is the total limit for the coverages in paragraphs **a. Additional Living Expense**, **b. Fair Rental Value** and **c. Civil Authority Prohibits Use** below. The periods of time under **a., b.** and **c.** below are not limited by expiration of this policy.

**a. Additional Living Expense**

**(1)** If a loss covered under Section **I** makes that part of the **residence premises** where you reside uninhabitable, we will pay any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

**(2)** If your dwelling can be repaired, we will provide payment only for the time reasonably required to repair the dwelling. If it is a **total loss**, we will pay until the date we pay for the dwelling loss or through the seventh day after we make a written offer to settle your loss. In order to be paid under this coverage, you must provide receipts of your expenses prior to our payment.

**b. Fair Rental Value**

**(1)** If a loss covered under Section **I** makes that part of the **residence premises** rented to others or held for rental by you uninhabitable, we cover your actual incurred loss of rents if the dwelling was occupied at the time of loss less any expenses that do not continue while it is uninhabitable.

**(2)** If your dwelling can be repaired, we will provide payment only for the time reasonably required to repair the dwelling. If it is a **total loss**, we will pay until the date we pay for the dwelling loss or through the seventh day after we make a written offer to settle your loss. We do not cover loss or expense due to cancellation of a lease or agreement.

**c. Civil Authority Prohibits Use**

If civil authority prohibits you from use of the **residence premises** as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **a. Additional Living Expense** and **b. Fair Rental Value** above for no more than two weeks.

No deductible applies to this coverage.

**2. Fire Department Service Charge**

We will pay up to the Fire Department Service Charge limit shown on the Declarations for charges incurred, if any, each time the fire department is called to protect your **residence premises** from a Peril Insured Against.

No deductible applies to this coverage.

**3. Emergency Removal**

We will pay the reasonable expense incurred by you for each removal and return of your dwelling, if **it** is endangered by a Peril Insured Against. The removal must be urgently necessary to avoid damage to the dwelling.

No deductible applies to this coverage.

**4. Reasonable Repairs**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against.

This coverage does not:

**(1)** Increase the limit of liability that applies to the covered property; or

**(2)** Relieve you of your duties, in case of a loss to covered property, described in **SECTION I - CONDITIONS**, under paragraph **16. What You Must Do In Case Of Loss** subparagraph **d.**

No deductible applies to this coverage.

**5. Trees, Shrubs, Plants and Lawns**

We will pay up to $200 to cover trees, shrubs, plants and lawn on the **residence premises** other than those grown for **business** reasons. These items are covered only against loss by fire, lightning, explosion, riot or civil commotion, vandalism, malicious mischief, falling objects, vehicles not owned or operated by an **insured person**, and **aircraft**. We will pay no more than $100 for any one lawn, tree, plant or shrub.

No deductible applies to this coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**6.  Credit Card, Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

**a.**  We will pay up to $1,000 for:

**(1)**  The legal obligation of an **insured person** to pay because of the theft or unauthorized use of credit cards issued to or registered in an **insured person's** name;

**(2)**  Loss resulting from theft or unauthorized use of a fund transfer card or access device used for deposit, withdrawal or transfer of funds.  Such card must be issued to or registered in an **insured person's** name;

**(3)**  Loss to an **insured person** caused by forgery or **alteration** of any check or negotiable instrument; and

**(4)**  Loss to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

**b.**  We do not cover use of a credit card or fund transfer card or access device:

**(1)**  By a resident of the **residence premises** or a person temporarily living in the dwelling;

**(2)**  By a person who has been entrusted with either type of card or access device; or

**(3)**  If an **insured person** has not complied with all terms and conditions under which the cards are issued or devices accessed.

**c.**  We will pay no more than $1,000 for any one loss involving one or more of these coverages.  Repeated losses caused by one person or in which one person is involved are to be considered one loss.

**d.**  We do not cover loss arising out of **business** use or dishonesty of any **insured person**.

**e.**  If a claim is made or suit is brought against an **insured person** for liability to which this coverage applies, we will defend the **insured person**.  We will use our lawyers and bear the expense.

**f.**  We may investigate and settle any claim or suit that we decide is appropriate.  Our duty to defend a claim or suit ends when the amount we pay, or when the amount we offer to pay by tendering the money to you, equals our limit of liability.

**g.**  We may defend an **insured person** or that person's bank against a suit to enforce payment under the credit card or fund transfer card coverage.  Such defense will be at our option and our expense.

No deductible applies to this coverage.

**7.  Antennas and Satellite Dishes**

We will pay up to $100 for a covered loss to your antennas or satellite dishes and all equipment related to the satellite system. This applies whether or not such items are attached to the dwelling or other structures.

No deductible applies to this coverage.

**8.  Food Spoilage**

**a.**  We will pay the actual, necessary and reasonable cost up to $100 for spoilage of food in your freezer or refrigerator, on the **residence premises**. Such spoilage must be caused by power failure.

**b.**  Power failure shall not include:

**(1)**  Removal of a plug from an electrical outlet; or

**(2)**  Turning off an electrical switch, unless caused by a Peril Insured Against.

**c.**  Under **SECTION I - EXCLUSIONS** paragraph **13**.  does not apply to this Food Spoilage coverage.

No deductible applies to this coverage.

**9.  Collapse**

**a.**  With respect to this Supplementary Coverage:

**(1)**  Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

**(1)** These named perils only:

**(a)** Fire Or Lightning;

**(b)** Windstorm Or Hail;

**(c)** Explosion;

**(d) Aircraft**;

This peril includes self-propelled missiles and spacecraft.

**(e)** Vehicles;

**(f)** Vandalism Or Malicious Mischief;

**(g)** Falling Objects;

This peril does not include loss to property contained in a building unless a falling object first damages the roof or an outside wall of the building. Damage to the falling object itself is not included.

**(h)** Weight Of Ice, Snow Or Sleet;

**(i)** Accidental Discharge Or Overflow Of Water Or Steam;

**i.** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**ii.** This peril does not include loss:

**(i)** To the system or appliance from which the water or steam escaped;

**(ii)** Caused by or resulting from freezing except as provided in peril **(k)**, freezing, below;

**(iii)** On the **residence premises** caused by accidental discharge or overflow which occurs off the **residence premises**; or

**(iv)** Caused by mold, fungus or wet rot.

**iii.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**iv. SECTION I - EXCLUSIONS** paragraph **10**. subparagraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**(j)** Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging

**i.** This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**ii.** We do not cover loss caused by or resulting from freezing under this peril.

**(k)** Freezing

**i.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance. This peril applies only if you have used reasonable care to:

**(i)** Maintain heat in the building; or

**(ii)** Shut off the water supply and drain all systems and appliances of water.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**ii.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**(l)** Volcanic Eruption

This peril does not include loss caused by earthquake, land shock waves or tremors.

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an **insured person** prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an **insured person** prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain that collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **b.(6)** above. This does not apply if the loss is a direct result of the collapse of a building or any part of a building.

**d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

No deductible applies to this coverage.

**10. Builders Risk**

**a.** The following types of property, if shown on the Declarations, will not be covered property until the dwelling has been delivered to the address where you will reside.

**(1)** Dwelling;

**(2)** Other Structures (except as provided in paragraph **b.**, below);

**(3)** Personal Property (except as provided in **SECTION I - PROPERTY COVERAGE (3.a.)**.

**b.** However, if any site improvements are made to the land prior to the delivery of the dwelling, such site improvements will be covered, if damaged by a covered cause of loss. The land itself is not covered.

**c.** Once the dwelling has been delivered to the address shown on the Declarations, this coverage shall apply until one of the following occurs:

**(1)** The policy expires or is cancelled;

**(2)** Your interest in the property ceases;

**(3)** You abandon construction with no intention to complete it;

**(4)** 180 days after the policy is effective; or

**(5)** You occupy the dwelling.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

EXHIBIT 1
Page 19 of 21
Bates 20

## SECTION I - PERILS INSURED AGAINST

We insure against risk of direct, sudden and accidental physical loss to covered property, unless the loss is excluded under **SECTION I - EXCLUSIONS**.

## SECTION I - EXCLUSIONS

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

1.  Loss that results from defective or improper manufacture, latent defect, inherent vice or mechanical breakdown.

2.  Loss that results from movement, transit, preparation for transit, or transport of your dwelling or other structures.

3.  Loss due and confined to wear and tear, lack of maintenance, neglect or abusive use, mold, fungus, rotting, rust, corrosion, marring, deterioration and smog.

4.  Loss due and confined to insects, **vermin**, rodents, reptiles, birds or domestic animals.

5.  Loss that results from smoke from agricultural smudging or industrial operations.

6.  Loss that results from vandalism, **conversion** or **concealment** by any **insured person**, tenant, or other resident of the **residence premises**.

7.  Loss due and confined to freezing or extremes of temperature. This does not apply if it is the result of a covered loss.

8.  Loss caused by freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

    a.  Fence, pavement, patio or swimming pool;

    b.  Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building, or other structure;

    c.  Retaining wall or bulkhead that does not support all or part of a building or other structure; or

    d.  Pier, wharf or dock.

9.  Loss that results from continuous or repeated seepage or leakage from a plumbing, heating or

air conditioning system, appliance or waterbed, unless the result of a Peril Insured Against.

10. Loss that results from water damage, which means:

    a.  **Flood**, waves, or spray from either of these, whether or not driven by wind;

    b.  Water or waterborne material that backs up through sewers or drains, or that overflows or is discharged from a sump, sump pump or related equipment; or

    c.  Water or waterborne material below the surface of the ground, including water that exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

    caused by or resulting from human or animal forces or any act of nature.

    Direct loss by fire, explosion or theft resulting from water damage is covered.

11. Loss that results from seepage or leakage of rain, sleet, ice or snow, whether or not wind-driven, unless caused by a Peril Insured Against.

12. Loss that results from mysterious disappearance of the insured property, or if it is lost or misplaced.

13. Loss that results from failure, surge or interruption of power or other utility service which occurs away from the **residence premises**. But, if a covered loss ensues on the **residence premises**, we will pay only for that ensuing loss.

14. Loss that results from an action or omission by or at the direction of any **insured person**, committed with the intent to cause a loss or damage. This exclusion applies even if the **insured person** is insane, intoxicated or otherwise impaired if a person without that impairment who committed such an act would otherwise be deemed to have acted with the intent to cause loss or damage.

15. Loss or any increase in the cost of any repair that results from enforcement of an ordinance, regulation or law regulating the construction, repair, demolition, occupancy, sale or relocation of your dwelling or other structure, unless specifically provided for under this policy. We do cover loss caused by actions of civil authorities to prevent the spread of a fire, provided the loss is covered under this policy. This exclusion applies whether or not any

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

increase in cost is necessitated as a result of damages caused by a covered peril.

**16.** Loss that results from theft, vandalism, malicious mischief or breakage of glass if the dwelling has been vacant or unoccupied for more than 60 consecutive days immediately preceding the loss.

**17.** Loss that results from theft or vandalism of records, tapes, compact disks, laser disks, digital video disks, equipment or antennas that send, receive or record sound or data or detect radar when in, on or attached to a **motor vehicle**.

**18.** Loss that results from theft of building materials or supplies.

**19.** Loss that results from criminal acts of any **insured person**. This includes consequential damage as a result of such criminal acts.

**20.** Loss that results from war, which includes the following and any consequence of any of the following:

**a.** Declared war, undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act, even if accidental.

**21.** Loss to your insured property caused by any **motor vehicle** owned or used by any **insured person**.

**22.** Loss if the risk of loss is increased by any means within the control or knowledge of an **insured person**.

**23.** Loss that results from neglect of any **insured person** to take all reasonable steps to save and preserve property at the time of and after a loss or when the property is threatened by a peril we cover.

**24.** Loss that results from settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings.

**25.** Loss caused directly or indirectly by **nuclear hazard**, except that direct loss by fire resulting from the **nuclear hazard** is covered.

**26.** Loss that results from **diminution of value** to your dwelling or other structures.

**27.** Loss that results from:

**a.** The actual, alleged or threatened discharge, dispersal, release or escape of **pollutants**, whether intended or not; or

**b.** The costs to comply with any ordinance, law, or governmental directive or request that requires any **insured person** or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants** in or on the dwelling or other structures.

**28.** Loss that results from **earth movement**. This exclusion applies regardless of whether any part of **earth movement** is caused by an act of nature or is otherwise caused.

If direct loss by fire or explosion ensues, then we will pay only for the ensuing loss. This exclusion does not apply to loss by theft.

**29.** Loss involving collapse, except as provided in **SUPPLEMENTARY COVERAGES**, paragraph **9. Collapse**.

**30.** Loss that results from the destruction, confiscation or seizure of covered property by order of any governmental or public authority. This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**31.** Loss or damages that results from **controlled substances** which occur, directly or indirectly, by any contributing cause or event sequence loss resulting from:

**a.** Distribution;

**b.** Possession;

**c.** Transfer;

**d.** Cultivation;

**e.** Growth;

**f.** Sale;

**g.** Delivery;

**h.** Manufacture; or

**i.** Use.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

This exclusion would not apply to any loss caused by fire that occurs from the possession, use, manufacture or cultivation of marijuana. This does not apply to any **controlled substance** that is not designed, manufactured, distributed, sold, served or furnished for bodily:

**(1)** Ingestion;

**(2)** Inhalation;

**(3)** Absorption; or

**(4)** Consumption.

## SECTION I - CONDITIONS

**1.  Method of Settlement**

    **a.**  The amount we pay for loss of, or damage to, your dwelling, other structures and personal property will be the lowest of:

        **(1)**  The difference between the **actual cash value** of your property immediately before the loss and its **actual cash value** immediately after the loss;

        **(2)**  The cost to repair or replace your property, less applicable depreciation or betterment;

        **(3)**  The **actual cash value** of your property immediately preceding the loss; or

        **(4)**  The amount of insurance shown on the Declarations.

    **b.**  We may also replace the property with property of similar kind, quality and value.

    **c.**  We will reimburse you up to $250 for the cost to remove debris that results from a covered loss. Our payment for both loss to the dwelling and debris removal combined shall not exceed the dwelling limits. This coverage does not apply to removal of debris that would be considered normal maintenance.

        If your **residence premises** is located on land leased to you, we may, at our option include the owners of the land which your **residence premises** is located as a loss payee on any payment for debris removal covered by this policy.

    **d.**  In the event of the **total loss** of your dwelling, we will pay the amount shown on the Declarations for Dwelling coverage.

**2.  Hail**

    The amount we will pay you for loss or damage from hail depends on the type of loss or damage it causes.

    **a.**  **Structural Damage**. Hail can cause structural damage, which is the actual penetration of the exterior surface or the cracking or breaking of support materials. When this type of loss or damage occurs, we will pay you the **actual cash value** of the cost of repairing or replacing the damaged portion of the property.

    **b.**  **Cosmetic Damage**. Hail often dents the exterior surface of a dwelling and other structures. When there is no structural damage, the utility of these structures will not be affected. The amount we pay for this will be the difference between the **actual cash value** of your property immediately before the loss and its **actual cash value** immediately after the loss.

**3.  Company's Settlement Options**

    When you have a covered loss, we have the option to pay for the loss or to repair or replace the damaged or destroyed property with property of like kind and quality. Before we have paid for the loss or replaced the property, we may return to you any recovered stolen property at our expense. We will also include payment for any covered damage. At our option, we may keep all or part of the property at the agreed or appraised value. You shall not have the option of abandoning property to us.

**4.  Settlement For Pairs, Sets Or Panels**

    At our sole option, the settlement for a loss to a pair, set, series of objects, piece or panel, inside or outside, shall be:

    **a.**  To repair or replace any part needed to restore the pair, set or panel to its **actual cash value** before the loss;

    **b.**  To pay the difference between the **actual cash value** of the pair, set or panel before and after the loss; or

    **c.**  To pay the reasonable cost of providing a substitute to match the remainder of the property as closely as possible. We do not guarantee the availability of replacements. We shall not, in the event of loss to a part, be obligated for the value of, or to repair or replace, the entire series of pieces or panels.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**5.   Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

**a.**   Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section **I** that exceeds the deductible amount shown on the Declarations.

**b.**   Only one deductible will be applied to a covered loss from one **occurrence**. If the deductibles are not the same, the highest one will apply.

**c.**   When your loss is a covered **total loss** the deductible will be waived.

**6.   Change Of Location**

If **you** move the dwelling shown on the Declarations, you must let us know within 30 days. If you do not notify us, no coverage will be provided under this policy.

**7.   Payment Of Loss**

We will adjust all losses with you. We will pay you unless some other person is named in the policy and is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.**   Reach an agreement with you;

**b.**   There is an entry of a final judgment; or

**c.**   There is a filing of an appraisal award with us.

**8.   Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that a judge, of a court of record in the state where the **residence premises** is located, make the choice. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.**   Pay its own appraiser; and

**b.**   Bear the other expenses of the appraisal and umpire equally.

**9.   Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**a.**   Other insurance, insurance under this section shall apply as excess insurance over other valid and collectible insurance that would apply in the absence of this policy.

**b.**   A **service agreement**, this insurance is excess over any amounts payable under any such agreement.

**10.   Insurable Interest And Our Liability**

**a.**   In the event of a loss, we will pay the lesser of the following:

**(1)**   The insurable interest that an **insured person** has in the property covered by this policy; or

**(2)**   The limit of liability for the coverage afforded by this policy.

**b.**   For someone other than an **insured person** to have an insurable interest that is eligible for coverage, they must be named in the policy.

**11.   Lienholder's Interest**

**a.**   If a **lienholder** is named on the Declarations, any loss will be paid to you and the **lienholder**. By naming a **lienholder** you acknowledge that the entity named has a legal interest in the dwelling due to an installment sales contract or other valid security agreement. You also acknowledge and agree that a **lienholder** named on the Declarations shall have the ability to request cancellation of this policy, if your dwelling is repossessed by that **lienholder**. If a **lienholder** is not named on the Declarations, it shall have no interest under this policy.

**b.**   The **lienholder's** interest will not be impaired by your fraudulent or intentional acts or omissions, provided the **lienholder**:

**(1)**   Notifies us of any change in occupancy, ownership or substantial change in the risk as soon as the **lienholder** becomes aware of such change;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**(2)** Pays any premium due under this policy, if you have neglected to pay; and

**(3)** Furnishes us a proof of loss within 60 days after it is aware of the loss if an **insured person** fails to do so. If we pay the **lienholder** for any loss and deny payment to you:

**(a)** We are subrogated to all rights of the **lienholder** granted under the lien on the property. Also, we may require, at our sole option, an assignment of the note and lien to the extent of payment made; or

**(b)** At our sole option, we may pay to the **lienholder** the whole principal on the lien plus any accrued interest. In this event, the **lienholder** shall fully assign and transfer the note, lien and all securities held as collateral for the debt.

**c.** We provide no coverage to the **lienholder** for any loss resulting from **alteration**, **conversion** or **concealment** of any property by any **insured person** or other party in legal possession of the property.

**d.** Exclusion **16.** will not apply to the **lienholder's** interest if:

**(1)** The loss is first discovered at the time of repossession; and

**(2)** The **lienholder**:

**(a)** Has inspected and secured the dwelling within 60 days after it has become vacant or unoccupied; or

**(b)** Has filed an action for replevin within 30 days of being denied access to a vacant dwelling. This is provided that the **lienholder** also applies to a court of competent jurisdiction for a writ of execution or possession to be issued. Such writ shall direct the sheriff to levy upon the dwelling, within 20 days after the court has entered an order of forfeiture or possession in favor of the **lienholder**.

**e.** We will protect the **lienholder's** interest in the insured dwelling in the event of a substantial change in the risk, change in

ownership or occupancy, or foreclosure. This is provided that the **lienholder** has no knowledge of these conditions. We will provide the **lienholder** at least 10 days notice if we cancel this policy. At the end of this 10 day period, all interest of the **lienholder** in this policy shall terminate.

**f.** Our right of subrogation, to the extent of our payment made, will not impair the right of a **lienholder** to recover the full amount of its claim.

**g.** All policy terms and conditions apply to the **lienholder** as well as to you.

**h.** The following applies if the premium has not been paid: If a **lienholder** is named in this policy, we will continue this insurance for the **lienholder's** interest for 30 days after written notice of termination to the **lienholder**. Then, this policy will terminate as to the **lienholder's** interest.

**12. Repossession**

If you are delinquent on your payments to the **lienholder** and the insured dwelling is placed in the care, custody or control of the **lienholder** or its agents, all coverage for loss under Section **I** shall cease upon the date of such care, custody or control. This applies whether such placement is voluntary or not.

**13. Reinstatement Of Limit**

A loss to your property reduces our liability limit by the amount of the loss under the appropriate coverage. Upon repair or replacement of the property, the limit will return to the limit shown on the Declarations.

**14. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee, regardless of any other provision of this policy.

**15. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within one year after the date of loss.

**16. What You Must Do In Case Of Loss**

In case of a loss, you must see that the following are done:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

EXHIBIT 1
Page 14 of 21
Bates 25

**a.**  Give prompt notice to us or our agent;

**b.**  Make a complete report of the loss to the police in case of loss by theft or vandalism;

**c.**  Notify the credit card or fund transfer card company in case of loss under **Credit Card** or **Fund Transfer Card** coverage;

**d.**  Protect the property from further damage. If repairs to the property are required, you must:

    **(1)**  Make reasonable and necessary repairs to protect the property. We will not pay for additional damage as a result of your failure to do so;

    **(2)**  Keep an accurate record of repair expenses;

**e.**  Prepare an inventory of damaged personal property showing the quantity, description, **actual cash value** and amount of loss and any other information we request. You must attach all bills, receipts and related documents that justify the figures in the inventory;

**f.**  As often as we reasonably require:

    **(1)**  Allow us to inspect the damaged property and allow us to take samples of damaged property for inspecting, testing and analysis;

    **(2)**  Provide us with records and documents that we request and permit us to make copies. These include, but are not limited to, tax records, bank statements, sales slips and receipts.

**g.**  Send to us, within 60 days after loss, your signed, sworn proof of loss that sets forth, to the best of your knowledge and belief:

    **(1)**  The time and cause of loss;

    **(2)**  The interest of the **insured person** and all others in the property involved and all liens on the property;

    **(3)**  Other insurance which may cover the loss;

    **(4)**  Changes in title or occupancy of the property during the term of the policy;

    **(5)**  Specifications of damaged buildings and detailed repair estimates;

    **(6)**  The inventory of damaged personal property described in **16.e.** above;

    **(7)**  Receipts for additional living expenses incurred and proof of tenancy for fair rental value;

    **(8)**  Records that support your loss; and

    **(9)**  Evidence or an affidavit that supports a claim under the **Credit Card**, **Fund Transfer Card**, **Forgery And Counterfeit Money** coverage, stating the amount and cause of loss.

**h.**  At our request, submit to examination under oath, as often as we require, while not in the presence of any other **insured person**, and sign the same.

## SECTION II - LIABILITY COVERAGE

### PERSONAL LIABILITY

We will provide coverage if Personal Liability is shown on the Declarations.

If a claim is made or a suit is brought against any **insured person** for damages because of **bodily injury** or **property damage**, caused by an **occurrence**, to which this coverage applies, we will:

**1.**  Pay up to our liability limit for the damages for which the **insured person** is legally liable, except for punitive or exemplary damages.

However, we will pay no more than $10,000 for any claim made or suit brought against any **insured person** for **bodily injury** or **property damage** caused by any animal owned by, or in the care, custody or control of, any **insured person**. This limit is the maximum we will pay for any one **occurrence**.

**2.**  Provide a defense at our expense by counsel of our choice. We may investigate and settle any claim or suit that **we** decide is appropriate. Our obligation to defend any claim or suit ends when the amount we pay for damages resulting from the **occurrence**, in settlement of a claim or in satisfaction of a judgment, equals our liability limit. We have no duty to defend any suit or settle any claims for **bodily injury** or **property damage** not covered under this policy.

### MEDICAL PAYMENTS TO OTHERS

We will provide coverage if Medical Payments is shown on the Declarations.

**1.**  We will pay the necessary medical expenses incurred within three years from the date of an accident causing **bodily injury**. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

EXHIBIT

nursing, funeral services and prosthetic devices. This coverage does not apply to you or residents of the **residence premises** other than **residence employees**.   As to others, this coverage applies only:

**a.**  To a person on the **insured premises** with the permission of any **insured person**; or

**b.**  To a person off the **insured premises**, if the **bodily injury**:

  **(1)**  Arises out of a condition on the **insured premises**;

  **(2)**  Is caused by the activities of any **insured person**;

  **(3)**  Is caused by a **resident employee** in the course of the **residence employee's** employment by an **insured person**; or

  **(4)**  Is caused by an animal owned by or in the care of any **insured person**.

**2.**  We may pay the injured person or the party that renders the medical services. Payment under this coverage is not an admission of liability by you, us, or an **insured person**.

## ADDITIONAL COVERAGES

We will cover the following in addition to the liability limit:

**1.  Claim Expenses**

We will pay:

**a.**  Expenses incurred by us and costs taxed against any **insured person** in any suit we defend;

**b.**  Premiums on bonds required in a suit defended by us.  We will not pay premiums for bond amounts greater than the limit of liability for Personal Liability. We are not obligated to apply for or furnish any bond;

**c.**  Reasonable expenses incurred by any **insured person** at our request.   These include actual loss of earnings (but not loss of other income) up to $50 per day for assisting us to investigate or defend any claim or suit;

**d.**  Interest on the entire judgment that accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.

**2.  Damage To Property Of Others**

We will pay up to $500 per **occurrence** for **property damage** to property of others caused by any **insured person**. We will not pay for **property damage**:

**a.**  To property covered under Section **I** of this policy;

**b.**  Caused intentionally by any **insured person** who is 13 years of age or older;

**c.**  To property owned by or rented to any **insured person**, a tenant of any **insured person** or a resident in the **residence premises**; or

**d.**  Arising out of:

  **(1)**  **Business** pursuits;

  **(2)**  Any act or omission in connection with a premises owned, rented or controlled by any **insured person,** other than the **insured premises**; or

  **(3)**  The ownership, maintenance, or use of a **motor vehicle**, watercraft or **aircraft**.

**3.  First Aid Expenses**

We will pay expenses for first aid to others incurred by any **insured person** for **bodily injury** covered under this policy.  We will not pay for first aid to you or any other **insured person**.

## SECTION II - EXCLUSIONS

**1.  Personal Liability And Medical Payments To Others**

We do not cover **bodily injury** or **property damage**:

**a.**  Resulting from intentional acts caused by or at the direction of any **insured person**.  This applies whether or not the resulting **bodily injury** or **property damage** was expected or intended.  This exclusion applies even if the **insured person** is insane, intoxicated or otherwise impaired if a person without that impairment who committed such an act would otherwise be deemed to have acted with the intent to cause **bodily injury** or **property damage**;

**b.**  Arising out of any criminal act;

**c.**  Arising out of or in connection with a **business** conducted from an **insured premises** or engaged in by an **insured person**. This applies whether or not the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

**business** is owned or operated by an **insured person** or employs an **insured person**.

This exclusion **c.** applies, but is not limited to, an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the **business**.

This exclusion **c.** does not apply to the rental or holding for rental of an **insured premises**:

**(1)** On an occasional basis if used only as a residence; or

**(2)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders;

**d.** Arising out of the rendering or failure to render professional services;

**e.** Arising out of a premises:

**(1)** Owned by an **insured person**;

**(2)** Rented to an **insured person**; or

**(3)** Rented to others by an **insured person**;

that is not an **insured premises**;

**f.** Arising out of:

**(1)** The ownership, maintenance, occupancy, operation, use, loading or unloading of **motor vehicles** or all other motorized land conveyances, including trailers, owned or occupied by or rented or loaned to an **insured person**;

**(2)** The entrustment by an **insured person** of a **motor vehicle** or any other motorized land conveyance to any person;

**(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor involving a **motor vehicle** or other motorized land conveyance; or

**(4)** Failure to supervise, or negligent supervision of, any person involving a **motor vehicle** or other motorized land conveyance by an **insured person**.

This exclusion does not apply to:

**(1)** A trailer not towed by or carried on a motorized land conveyance; or

**(2)** A **motor vehicle** or conveyance in dead storage on an **insured premises**;

**g.** Arising out of:

**(1)** The ownership, maintenance, occupancy, operation, use, loading or unloading of an excluded watercraft described below;

**(2)** The entrustment by an **insured person** of an excluded watercraft described below to any person;

**(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor involving an excluded watercraft described below; or

**(4)** Failure to supervise, or negligent supervision of, any person involving an excluded watercraft described below by an **insured person**.

Excluded watercraft are:

**(1)** Jet-skis, wet-bikes, wave-runners or any jet-driven water conveyance, regardless of horsepower or displacement, whether owned by or rented to an **insured person**; and

**(2)** Other watercraft that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an **insured person**.

This exclusion **(2)** does not apply to watercraft:

**(a)** Owned or operated by, or rented or loaned to any **insured person** if the watercraft has inboard or inboard-outdrive motor power of 50 horsepower or less, or is a sailing vessel with or without auxiliary power, less than 26 feet in overall length; or

**(b)** Powered by one or more outboard motors with 25 total horsepower or less, owned or operated by, or rented or loaned to any **insured person** at the inception of this policy. If you report to us in writing within 45 days after acquisition, an intention to insure

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

any outboard motors acquired during the policy period, and if we agree, coverage will apply.

This Exclusion **g.** does not apply while the watercraft is stored;

h. Arising out of:

  **(1)** The ownership, maintenance, occupancy, operation, use, loading or unloading of an **aircraft**;

  **(2)** The entrustment by an **insured person** of an **aircraft** to any person;

  **(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor involving an **aircraft**; or

  **(4)** Failure to supervise, or negligent supervision of, any person involving an **aircraft** by an **insured person**.

i. Caused directly or indirectly by war. War includes the following and any consequence of any of the following:

  **(1)** Undeclared war, civil war, insurrection, rebellion, revolution;

  **(2)** Warlike act by a military force or military personnel; or

  **(3)** Destruction, seizure or use for a military purpose.

  Discharge of a nuclear weapon will be deemed a warlike act, even if accidental;

j. Arising out of defective or improper manufacture, latent defect, installation, movement, setup or transport of the insured dwelling;

k. Arising out of communicable diseases or sickness as may have been transmitted by you or any **insured person** or as may have arisen from your or any **insured person's** activities;

l. Arising out of any sexual act. This includes, but is not limited to, assault, molestation, abuse, incest or rape;

m. Arising loss or damages that results from **controlled substances** which occur, directly or indirectly, by contributing cause or event sequence loss resulting from:

  **(1)** Distribution;

  **(2)** Possession;

  **(3)** Transfer;

  **(4)** Cultivation;

  **(5)** Growth;

  **(6)** Sale;

  **(7)** Delivery;

  **(8)** Manufacture; or

  **(9)** Use.

  This exclusion would not apply to any loss caused by fire that occurs from the possession, use, manufacture or cultivation of marijuana. This does not apply to any **controlled substance** that is not designed, manufactured, distributed, sold, served or furnished for bodily:

  **(a)** Ingestion;

  **(b)** Inhalation;

  **(c)** Absorption; or

  **(d)** Consumption.

n. Arising out of the actual, alleged or threatened discharge, dispersal, release or escape of **pollutants**, whether intended or not;

o. For any loss, cost or expense arising out of any governmental direction or request that any **insured person** test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **pollutants**; and

p. Arising out of corporal punishment or physical or mental abuse.

**2.** **Personal Liability** does not apply to:

a. Liability assumed under any oral or written contract or agreement or by contract or agreement in connection with any **business** of any **insured person**;

b. **Property damage** to property owned by any **insured person**;

c. **Property damage** to property rented to, occupied or used by, or in the care, custody or control of any **insured person**. This exclusion does not apply to **property damage** caused by fire, smoke or explosion;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

EXHIBIT 1
Bates 29

**d.** **Bodily injury** to you, an **insured person** within the meaning of part **a.** or **b.** of **insured person** as defined, or any other resident of the **residence premises**;

**e.** **Bodily injury** to any person eligible to receive any benefits required to be provided or voluntarily provided by any **insured person** under any workers' compensation law, non-occupational disability law, or occupational disease law; or

**f.** **Bodily injury** or **property damage** for which any **insured person** under this policy is also an insured under a Nuclear Energy Liability Policy or would be an insured but for its termination upon exhaustion of its liability limit. A Nuclear Energy Liability Policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors.

**3.** **Medical Payments To Others** does not apply to **bodily injury**:

**a.** To a **residence employee** if it occurs off the **insured premises** and does not arise out of or in the course of the **residence employee's** employment by any **insured person**;

**b.** To any person eligible to receive any benefits required to be provided or voluntarily provided under any workers compensation, non-occupational disability or occupational disease law;

**c.** From any nuclear reaction, radiation or radioactive contamination, whether controlled or uncontrolled or however caused, or any consequence of any of these; or

**d.** To a resident of the **insured premises**, other than a **residence employee**.

| SECTION II - CONDITIONS |
|---|

**1.** **What You Must Do In Case Of Loss**

In case of an accident or **occurrence**, an **insured person** shall perform the following duties. You shall cooperate with us in seeing that these duties are performed:

**a.** Give written notice to us or our agent as soon as practicable. The notice must state:

**(1)** The identity of the policy and **insured person**;

**(2)** Reasonably available information regarding the time, place and circumstances of the accident or **occurrence**; and

**(3)** Names and addresses of any claimants and available witnesses;

**b.** Promptly forward to us every notice, demand, summons or other document relating to the accident or **occurrence**;

**c.** At our request, submit to examination under oath, as often as we require, while not in the presence of any other **insured person**, and sign the same; and

**d.** At our request, assist in:

**(1)** Making settlement;

**(2)** The enforcement of any right of contribution or indemnity against any person or organization who may be liable to any **insured person**;

**(3)** The conduct of suits and attend hearings at trials; and

**(4)** Securing and giving evidence and obtaining the attendance of witnesses;

**e.** Under the coverage **Damage To Property Of Others**, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if within an **insured person's** control;

**f.** An **insured person** shall not, except at the **insured person's** own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of the **bodily injury**.

**2.** **Duties Of An Injured Person - Medical Payments To Others**

**a.** The injured person or someone acting on behalf of the injured person shall:

**(1)** Give us written proof of claim, under oath, if required, as soon as practicable; and

**(2)** Execute authorization to allow us to obtain copies of medical reports and records.

**b.** The injured person shall submit to physical examination by a physician selected by us when and as often as we reasonably require.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

3.  **Liability Limit**

    a.  Our total liability under Personal Liability stated in this policy for all damages resulting from any one **occurrence** shall not exceed the liability limit for this coverage as stated on the Declarations. This applies regardless of the number of **insured persons**, claims made or persons injured.

    b.  Our total liability under Medical Payments To Others for all medical expenses payable for **bodily injury** to one person as a result of one **occurrence** shall not exceed the liability limit for this coverage as stated on the Declarations.

4.  **Suit Against Us**

    Legal action may not be brought against us unless there has been full compliance with all policy provisions. No one may make us a party to any action against an **insured person**. No action under Personal Liability can be brought against us until the obligation of an **insured person** has been determined by final judgment after a trial and exhaustion of appeals or by agreement signed by us.

5.  **Bankruptcy**

    We are not relieved of any obligation under this section because of the bankruptcy or insolvency of an **insured person**.

6.  **Other Insurance**

    Insurance under this section shall apply as excess insurance over other valid and collectible insurance that would apply in the absence of this policy.

7.  **Severability Of Insurance**

    This insurance applies separately to each **insured person**. This condition will not increase our limit of liability for any one **occurrence**.

    **SECTION I AND II - CONDITIONS**

1.  **Liberalization Clause**

    a.  If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state. The implementation date must fall within 60 days prior to or during the policy period stated on the Declarations.

    b.  This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

        (1)  A subsequent edition of this policy; or

        (2)  An amendatory endorsement.

2.  **Policy Period**

    This policy applies only to loss in Section **I** or **bodily injury** or **property damage** in Section **II** that occurs during the policy period.

3.  **Concealment Or Fraud**

    The entire policy will be void if, whether before, during or after a loss or **occurrence**, an **insured person** has:

    a.  Intentionally concealed or misrepresented any material fact or circumstance;

    b.  Engaged in fraudulent conduct; or

    c.  Made false statements;

    relating to this insurance.

4.  **Waiver Or Change Of Policy Provisions**

    A waiver or change of any provision of this policy must be authorized by us in writing in order to be valid. Our request for an appraisal or examination shall not waive any of our rights.

5.  **Assignment**

    This policy or any interest under this policy, either pre-loss or post-loss, may not be assigned without our written consent.

6.  **Cancellation**

    a.  You may cancel this policy at any time by returning it to us or by letting us know of the future date cancellation is to take effect.

    b.  We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown on the Declarations. Proof of mailing will be sufficient proof of notice.

        (1)  When you have not paid the premium,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**(2)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**(3)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(a)** If there has been a material misrepresentation of fact that, if known to us, would have caused us not to issue the policy; or

**(b)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**(4)** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**c.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**d.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

## 7. Nonrenewal

If we elect not to renew this policy, we will provide written notice to you, at your address shown on the Declarations, at least 30 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

## 8. Subrogation - Our Right To Recover Payment

**a.** After making payment under this policy, we will have the right to recover from anyone held responsible. The **insured person** will sign papers and do whatever is required to transfer this right to us, and do nothing to harm this right.

**b.** Anyone receiving the benefit of a payment under this policy will hold in trust for us the proceeds of any recovery of damages from another party, and reimburse us to the extent of our payment.

**c.** This Condition does not apply, under Section **II,** to **Medical Payments To Others** or **Additional Coverages**, paragraph **2. Damage To Property Of Others**.

## 9. Death

If any person named on the Declarations or the spouse, if a resident of the **residence premises**, dies, the following apply:

**a.** We insure the legal representative of the deceased, but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**b.** **Insured Person** includes:

**(1)** An **insured person** who is a member of your household at the time of your death, but only while a resident of the **residence premises**; and

**(2)** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

The Company has caused this policy to be signed by the President and Secretary. It is countersigned on the Declarations Page by our authorized representative(s), if required.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2017

# IMPORTANT NOTICE
# BILLING REFERENCE INFORMATION

## Payment Services

- Online at amig.com
- Automated Customer Service and Direct Customer Care: **1-800-543-2644**
- Agents Office: **(307) 547-3571**
- Company Addresses

| **Standard Mailing:** | **Overnight Mailing:** |
| --- | --- |
| American Modern Property and Casualty | Fifth Third Bank |
| Insurance Company | 5050 Kingsley Drive |
| PO BOX  740167 | Cincinnati, Ohio 45227 |
| Cincinnati, Ohio 45274-0167 | Attn:  1MOC1N - Rlbx 740167 |

## Installment Payment Plan Options

- Payment plan options are flexible, and vary by product. Your agent can advise which are available for your account.
- Electronic Funds Transfer (EFT) is available for automatic withdrawals from your checking or savings account or credit card. You may choose your payment withdrawal day of the month, selections are day 1 through 28.

## How You Pay

- Electronic (one time) payments can be made from a checking or savings account, debit card, and the following credit cards:  Visa, MasterCard, Discover and American Express.
- Paper payments can be made by check or money orders, using one of the above addresses.
- Payments can be made online Monday through Friday from 7:00am to 12:00am EST, and Saturday and Sunday from 8:00am to 9:00pm EST.

## Charges

- **Service Charge** of $0.00 applies for each installment, except for annual payment plans.
- **Late Charge** of $15.00 may be assessed, if payment is received after due date and a notice of cancellation is generated.
- **Reinstatement Charge** of $25.00 will be assessed if the company elects to rewrite or reinstate your policy when the amount due is paid after the cancellation date.
  - Reinstatement is not guaranteed and may or may not include a gap in coverage.
- **Non Sufficient Funds (NSF) Charge** of $20.00 will be assessed for any payments returned from the issuing bank due to unavailable funds.

IL-CW-N-0002 07-22

EXHIBIT 1
Bates 34

## AMERICAN MODERN INSURANCE GROUP
## U.S. PRIVACY NOTICE

| FACTS | WHAT DOES AMERICAN MODERN INSURANCE GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>■  Social Security number and payment history<br>■  insurance claim history and medical information<br>■  account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers'personal information; the reasons American Modern Insurance Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does American Modern Insurance Group share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus or insurance support organizations. | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Call 1-800-543-2644 or go to https://amig.com/company/internet-privacy-policy/ |
|---|---|

| Who we are | |
| --- | --- |
| **Who is providing this notice?** | The American Modern Insurance Group. A list of the entities is located in the American Modern Insurance Group U.S. Legal Entities Providing This Notice section at the end of this document. |

| What we do | |
| --- | --- |
| **How does American Modern Insurance Group protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
| **How does American Modern Insurance Group collect my personal information?** | We collect your personal information, for example, when you<br>■ apply for insurance or pay insurance premiums<br>■ file an insurance claim or provide account information<br>■ give us your contact information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>■ sharing for affiliates' everyday business purposes – information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| Definitions | |
| --- | --- |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ Our affiliates include those with an American Modern Insurance Group name and other companies, such as American Family Home Insurance Company d/b/a in California as AFH Insurance Company and American Western Home Insurance Company. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ American Modern Insurance Group does not share with nonaffiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ Our joint marketing partners include categories of companies such as banks. |

## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right see the personal information about you that we have on file. To see your information, write American Modern Insurance Group, Attention: Privacy Compliance, 7000 Midland Boulevard, Amelia, OH 45102-2607. American Modern Insurance Group may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as state insurance officials or law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under Nevada law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact us by calling 1-800-543-2644 , emailing us at PrivacyInquiries@amig.com or writing to American Modern Insurance Group, Attention: Privacy Compliance, 7000 Midland Boulevard, Amelia, OH 45102-2607. You are being provided this notice under Nevada state law. In addition to contacting American Modern Insurance Group, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing AgInfo@ag.nv.gov or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under Vermont law, we will not share information we collect about you with companies outside of our corporate family, unless the law allows. For example, we may share information with your consent, or to service your accounts. We will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

**For California residents only:**  Under California law, we will not share information we collect about you with companies outside of American Modern Insurance Group, unless the law allows. For example, we may share information with your consent or to service your accounts.  We will limit sharing among our companies to the extent required by California law.

## American Modern Insurance Group U.S. Legal Entities Providing This Notice

This notice is being provided by the following American Modern Insurance Group companies to their customers located in the United States: American Modern Property and Casualty Insurance Company, American Modern Insurance Group, Inc. American Family Home Insurance Company d/b/a in California as AFH Insurance Company, American Modern Home Insurance Company d/b/a in California as American Modern Insurance Company, American Modern Insurance Company of Florida, Inc., American Modern Lloyds Insurance Company, American Western Home Insurance Company, American Southern Home Insurance Company, American Modern Select Insurance Company, Lloyds Modern Corporation, Midwest Enterprises, Inc., Specialty Insurance Services Corporation, and The Atlas Insurance Agency, Inc..

EXHIBIT 1
Bates 38

# IMPORTANT NOTICE
# FLOOD EXCLUSION

YOUR POLICY EXCLUDES COVERAGE FOR DAMAGE CAUSED DIRECTLY OR INDIRECTLY FROM FLOODING OF ALL TYPES.   THIS EXCLUSION MAY EXCLUDE ANY AND ALL DAMAGES RESULTING FROM STORM SURGE FROM A HURRICANE, SURFACE WATER, FLASH FLOODS, WAVES, TIDAL WATER, TIDAL WAVES, WIND DRIVEN RAIN OR WATER OR ANY OTHER OVERFLOW OF WATER, AND SPRAY FROM ANY OF THESE EVENTS.  FOR FURTHER DETAILS, PLEASE SEE THE LANGUAGE OF YOUR POLICY.   THE LANGUAGE OF YOUR POLICY WILL CONTROL THE OBLIGATIONS OF THE PARTIES.

Flood insurance may be available through the federal government's National Flood Insurance Program ("NFIP") or through other sources for an additional premium.  You can obtain information about the National Flood Insurance Program by contacting your insurance company or your agent or by going on the internet to **www.FLOODSMART.GOV** or by calling **1-800-427-4661.**

No coverage is provided by this notice, nor can it be construed to replace any provision of your policy.  You should read your policy and review your Declarations page for complete information on the coverages you are provided.  If there is a conflict between the Policy and this notice, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.  PLEASE READ YOUR POLICY CAREFULLY.**

EXHIBIT 1
Bates 40

# IMPORTANT NOTICE
# WINDSTORM OR HAIL DEDUCTIBLE

Your policy will contain a Windstorm or Hail Deductible which is **<u>separate</u>** than the All Other Perils Deductible.   The Windstorm or Hail Deductible may not be the same as the All Other Perils Deductible, such as Fire.   Please refer to your Declarations page for the specific dollar or percentage deductible that applies to loss resulting from Windstorm or Hail.

EXHIBIT 1
Bates 41

EXHIBIT 1
Bates 42

# AVAILABILITY OF DISCOUNTS

American Modern Property and Casualty Insurance Company offers numerous discounts for which you may qualify.  Contact your agent for additional information and to see if the following credits apply to you.

**CAUTION:**  No coverage is provided by this summary; nor can it be construed to replace any provisions of your policy.  You should read your policy and review your Declarations Page for complete information on the coverages you are provided.  If there is any conflict between the policy and this summary, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL.**

- Association Membership - provides a discount if you are a member of an approved Association/Group.

- Auto-Home - provides a discount if you have an auto policy with an American Modern Property and Casualty Insurance Company agency partner.

- Claims Free - provides a discount if you have not had a home insurance claim within the last 3 years.

- Multi-Policy - provides a discount when you have two or more policies, of a different policy type, under the same account with American Modern Property and Casualty Insurance Company.  (ex. - Homeowners and Collector Vehicle)

- Paperless - provides a discount when you sign up for paperless policy delivery.

- Paid in Full - provides a discount when you sign up for the full-pay (1-pay) payment plan.

EXHIBIT 1
Bates 43

EXHIBIT 1
Bates 44

# IMPORTANT NOTICE
# EARTHQUAKE EXCLUSION

This notice is to advise you that your policy excludes coverage for damage due to Earthquake, unless you purchase coverage for these perils.

Earthquake includes land shock waves or tremors before, during or after a volcanic eruption.  To be covered for such a loss, you will have to obtain a separate endorsement which may be available through our company.

Your agent can provide you with information on obtaining separate earthquake coverage.

IP-CW-N-0016 01-15                                                                Page 1 of 1

EXHIBIT 1
Bates 45

EXHIBIT 1
Bates 46

# IMPORTANT NOTICE
# HOME DAY CARE LIABILITY EXCLUSION

We are pleased that you have selected us to protect your home. Our focus is on manufactured homeowners like yourself, so we understand your individual needs. Enclosed you will find your policy. It is important to read this notice and the policy carefully to make sure it meets your needs.

**YOUR POLICY DOES NOT INCLUDE HOME DAY CARE COVERAGE.** We have added a Home Day Care Exclusion to the Personal Liability Coverage and Medical Payments To Others. These coverages will no longer apply to liability arising out of or in connection with any home day care activity. You can obtain information about home day care coverage by contacting your insurance agent.

No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is a conflict between the policy and this notice, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL. PLEASE READ YOUR POLICY CAREFULLY.**

EXHIBIT 1
Bates 47

EXHIBIT 1
Bates 48

# IMPORTANT NOTICE
# FUNGI, WET OR DRY ROT, OR BACTERIA
# PERSONAL LIABILITY COVERAGE EXCLUSION

We are pleased that you selected us to protect your home. Our focus is on manufactured homeowners like yourself, so we understand your individual needs. Enclosed you will find your policy. It is important to read this notice and your policy carefully to make sure that it meets your needs.

IF PERSONAL LIABILITY COVERAGE IS SHOWN IN THE DECLARATIONS PAGE, THIS COVERAGE DOES NOT APPLY TO BODILY INJURY OR PROPERTY DAMAGE ARISING DIRECTLY OR INDIRECTLY, IN WHOLE OR IN PART, OUT OF THE ACTUAL, ALLEGED OR THREATENED INHALATION OF, INGESTION OF, CONTACT WITH, EXPOSURE TO, EXISTENCE OF, OR PRESENCE OF ANY FUNGI, WET OR DRY ROT, OR BACTERIA THAT IS NOT THE RESULT OF A COVERED LOSS. THIS COVERAGE DOES NOT APPLY TO THE COST FOR REMEDIATION OF FUNGI, WET OR DRY ROT, OR BACTERIA WHETHER THE FUNGI, WET OR DRY ROT, OR BACTERIA IS THE RESULT OF A COVERED LOSS OR OTHERWISE.

No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverage you are provided. If there is a conflict between the policy and this notice, **THE PROVISIONS OF YOUR POLICY SHALL PREVAIL. PLEASE READ YOUR POLICY CAREFULLY**.

MH-CW-N-0006 01-15

EXHIBIT 1
Bates 50

# AVAILABILITY OF OPTIONAL COVERAGE

American Modern Property and Casualty Insurance Company offers a number of coverage options in our new Manufactured Home program. This notice was designed to help explain some of our new program features. We would also like to tell you about some other great coverages that are available. Please note that not every coverage will be available in every state. Other coverages may only be available based upon the occupancy of your home. Your agent will have more details regarding availability of particular coverages.

Please take a moment to read this notice and talk to your agent if you have questions or would like more information.

| AVAILABLE COVERAGES |
|---|

The following coverage options may be available:

**Earthquake Coverage**

Most policies exclude for loss caused by earthquake.  For an additional premium, you may be able to purchase an endorsement that adds coverages for losses caused by earthquake back to your policy.

**Enhanced Coverage**

The Enhanced Coverage endorsement broadens and/or expands various coverages and increases limits for certain categories of personal property.

**Fire Department Service Charge**

This provides coverage in the event that a fire department charges you for their services in fighting a fire. Your policy includes $250 in coverage, but you may be able to increase this coverage amount.

**Golf Cart Physical Damage and Liability Extension**

This endorsement provides coverage for your golf cart(s), its parts, equipment and accessories. Additionally, this endorsement extends liability coverage while your golf cart(s) is being used in a manufactured housing community or subdivision.

**Hobby Farming Coverage**

The Hobby Farming Coverage endorsement provides expanded coverage for your  non-profit farming operation or your child's livestock project. This endorsement also changes the definition of vehicle found in your policy so that your farm equipment may be covered.

**Home Equipment Breakdown Protection**

Home Equipment Breakdown Protection coverage provides up to $25,000 in coverage subject to a $500 deductible.

**Identity Recovery**

As a cause of loss, identity theft is typically not covered by insurance. Identity Recovery coverage provides you with the services of a case manager who will help you define the extent of the identity theft and who will help you navigate the identity recovery process. There is no deductible for this coverage.

**Loss Assessment**

Loss Assessment coverage is protection you can use to help cover your share of any loss assessment charged against you by a corporation or association of property owners. Loss assessment coverage can help you avoid paying out of pocket when a common area claim requires your individual assistance.

EXHIBIT 1
Bates 51

**Loss of Use**

Loss of use coverage pays additional living expenses and/or loss of rental income if your home is damaged by a covered cause of loss. This coverage is included in your policy with a limit of 10 percent of your dwelling limit, but may be increased for an additional premium.

**Medical Payments**

If you have Personal Liability Coverage or Premises Liability Coverage, Medical Payments coverage covers medical expenses regardless of legal liability.  This coverage is limited to an amount per person and per accident for injuries occurring on your premises to someone other than you. If the accident occurs off your premises but is caused by you, a member of your family, or your pet, coverage may also be available. Your policy includes $500 person and $25,000 per occurrence. You may be able to increase this amount.

**Other Structures**

Other Structures coverage pays for damage to detached structures such as garages, sheds, and fences on your property.

**Personal Liability**

Personal Liability pays to defend you in court against certain lawsuits and provides coverage if you are found legally responsible for someone else's injury or property damage. If you select this coverage, you are provided with $500 coverage for damage to property of others.

**Personal Property**

If you select Personal Property Coverage, your belongings are covered on an actual cash value basis if your home suffers a covered loss.

**Personal Property Replacement Cost**

If you purchase personal property coverage, it covers your property on an actual cash value basis. Actual cash value means that a deduction is taken for depreciation when determining the value of your property. If you purchase optional personal property replacement cost coverage, your property will be repaired or replaced with property of like kind and quality with no deduction for depreciation.

**Premises Liability**

Premises Liability coverage pays if a suit is brought against you for personal injury suffered by a tenant or resident of your property if that injury is caused by a covered cause of loss. You may be eligible for this coverage if your home is used as a rental or seasonal home.

**Scheduled Personal Property**

This endorsement allows you to purchase coverage for specific items that may not be fully covered under your policy.  These items may include items such as fine arts, golf equipment, postage stamps and rare coins.

**Secondary Residence Liability**

You may be able to extend your liability coverage to as many as five secondary residences if you purchase this endorsement.

**Trip Collision**

If your home is moved, trip collision coverage will provide payment for certain collision losses your home may suffer while being moved.

**Vacancy Permission**

The Vacancy Permission endorsement extends coverage to your home while it is unoccupied during the policy period.

EXHIBIT 1
Bates 52

**Water Backup and Sump Overflow**

Water Backup and Sump Overflow coverage pays if your sump pump overflows or water backs up as a result of a clogged main off the premises.  These are coverages that are normally excluded from the typical policy.  This coverage has a $5,000 limit.

**Water Damage**

Your policy provides coverage at up to 100 percent of your dwelling limit for damage caused by water such as losses resulting from frozen pipes or ruptured water lines.  You may be able to limit this coverage.

EXHIBIT 1
Bates 53

EXHIBIT 1
Bates 54

THE ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

American Modern Property and Casualty Insurance Company
## SIGNATURE ENDORSEMENT

The Company has caused this policy to be signed by the President and Secretary.    It is countersigned on the Declarations Page by our authorized representative(s) if required.

Charles S. Griffith, Secretary                    Andreas Kleiner, President and CEO

IL-CW-G-0001 01-15                                              Page 1 of 1

EXHIBIT 1
Bates 55

EXHIBIT 1
Bates 56

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

## ADDITIONAL POLICY PROTECTION

If one or more of our programs apply to you, you will be eligible to receive benefits specific to that program. The benefits enhance the safety, value, usability, life or protection of you or your insurable assets. These benefits include but are not limited to devices, equipment, services, benefits or rewards points provided by either us or a business partner.  Such products or services must be provided by us or by an organization that has entered into an agreement or contract with us. We do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

All other policy terms and conditions apply.

IL-CW-G-0010 07-17

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# PERSONAL PROPERTY REPLACEMENT COST

## SECTION I - PROPERTY COVERAGES

We will pay the full cost of repair or replacement with no deduction for depreciation, of your personal property, subject to the provisions below.

**INELIGIBLE PERSONAL PROPERTY**

Property listed below is not eligible for replacement cost loss settlement.  We will settle any loss at **actual cash value** at the time of loss, but no more than the amount required to repair or replace.

**1.**   Antiques, fine arts, paintings and similar articles of rarity or antiquity that cannot be replaced.

**2.**   Memorabilia, souvenirs, collectors' items and similar articles whose age or history contributes to their value.

**3.**   Articles not maintained in good or workable condition.

**4.**   Articles that are outdated or obsolete and are stored or not being used.

## SECTION I - CONDITIONS

Paragraph **1. Method of Settlement** subparagraph **a.** is replaced by the following with respect to personal property only:

**a.**   **(1)**   We will pay the full cost of repair or replacement, with no deduction for depreciation of your personal property.

   **(2)**   The most we will pay on any one item is the smallest of the following amounts:

   **(a)**   The cost to replace with an item of like kind and quality;

   **(b)**   The full cost to repair;

   **(c)**   The limit of liability applying to personal property coverage; or

   **(d)**   Any limit that applies under **Special Limits On Certain Personal Property.**

   **(3)**   If the cost to repair or replace eligible property is more than $500, we will pay no more than the **actual cash value** for the loss until the actual repair or replacement is complete.

   **(4)**   You may make a claim for loss on an **actual cash value** basis and then make claim for any additional liability in accordance with this endorsement within 180 days after the date of loss.

All other provisions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1990

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# WATER DAMAGE COVERAGE LIMIT

## DEFINITIONS

The following Definitions are added:

**Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by **fungi** including **fungi** of any type or nature which causes, threatens to cause, or alleged to cause physical damage, deterioration, loss of use or loss of any diminution or reduction in the market value to tangible property. This includes **fungi** which can cause, threaten to cause, or alleged to cause any harm to any type of living organism.

This includes, but is not limited to, any type or form of **fungi**, which is harmful or potentially harmful to the health or welfare of persons (such as Stachybotrys and others) or that is damaging or potentially damaging to tangible property, including wet or dry rot, mold, mildew and others.

**Remediation** means to test for, monitor, clean up, treat, eliminate, prevent, detoxify, neutralize, contain, remove, dispose of, or in any way respond to or assess the effects of **fungi** .

## SECTION I - CONDITIONS

The following provision is added:

### Water Damage Limit

The most we will pay for a covered water damage loss under all coverages, is the Water Damage Limit shown in the Declarations page.

When Full is shown in the Declarations as the **Water Damage Limit,** the full amount of Dwelling Coverage, Other Structures Coverage, Personal Property Coverage and Loss of Use Coverage may be used for any covered water damage loss under the associated Coverage.

This coverage is not additional insurance and does not increase the Limit Of Liability for Dwelling Coverage, Other Structures Coverage, Personal Property Coverage or Loss of Use Coverage.

### Fungi, Wet or Dry Rot, or Bacteria Sublimit

The most we will pay under all coverages combined, for loss, damage by, or **remediation** of **fungi**, wet or dry rot, or bacteria, caused by covered water damage, is the Mold and Remediation sublimit as shown in the Declarations Page.

This is a sublimit of the **Water Damage Limit,** it is not additional insurance, and does not increase the Water Damage Limit or the Limit Of Liability for Dwelling Coverage**,** Other Structures Coverage, Personal Property Coverage or Loss of Use Coverage.

All other provisions and exclusions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2010

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE - PROPERTY

## DEFINITIONS

The following Definitions are added:

**Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by **fungi** including **fungi** of any type or nature which causes, threatens to cause, or alleged to cause physical damage, deterioration, loss of use or loss of any diminution or reduction in the market value to tangible property. This includes **fungi** which can cause, threaten to cause, or alleged to cause any harm to any type of a living organism.

This includes, but is not limited to, any type or form of **fungi**, which is harmful or potentially harmful to the health or welfare of persons (such as Stachybotrys and others) or that is damaging or potentially damaging to tangible property, including wet or dry rot, mold, mildew and others.

**Remediation** means to test for, monitor, clean up, treat, eliminate, prevent, detoxify, neutralize, contain, remove, dispose of, or in any way respond to or assess the effects of **fungi**.

## SECTION I - PROPERTY COVERAGES

**SUPPLEMENTAL COVERAGES**

The following Supplemental Coverage is added:

**Fungi, Wet or Dry Rot, Or Bacteria**

**a.** The Mold and Remediation sublimit as shown in the Declarations is the most we will pay for:

  **(1)** The total of all loss payable under Section **I** - Property Coverages caused by **fungi,** wet or dry rot, or bacteria;

  **(2)** The cost to remove **fungi,** wet or dry rot, or bacteria from property covered under Section **I** - Property Coverages;

  **(3)** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the **fungi,** wet or dry rot, or bacteria; and

  **(4)** The cost of testing of air or property to confirm the absence, presence, or level of **fungi,** wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement.  The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of **fungi,** wet or dry rot, or bacteria.

**b.** The coverage described in paragraph **a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**c.** The Mold and Remediation sublimit as shown in the Declarations for this coverage is the most we will pay for the total of all loss or costs payable under this Supplemental Coverage regardless of the:

  **(1)** Number of locations insured under this endorsement; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2010

**(2)**   Number of claims made.

**d.**   If there is covered loss or damage to covered property, not caused, in whole or in part, by **fungi,** wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Supplemental Coverage, except to the extent that **fungi,** wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Supplemental Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

## SECTION I - EXCLUSIONS

Exclusion **3.** is replaced by the following:

Loss due and confined to wear and tear, lack of maintenance, neglect or abusive use, rust, corrosion, marring, deterioration and smog.

Exclusion **9.** is replaced by the following:

Loss that results from continuous or repeated seepage or leakage of water or condensation from a plumbing, heating or air conditioning system, appliance or waterbed, unless the result of a covered loss.

The following exclusion is added:

**Fungi,** Wet or Dry Rot, or Bacteria, meaning the presence, growth, proliferation, spread or any activity of **fungi,** wet or dry rot, or bacteria.

This exclusion does not apply:

**a.**   When **fungi,** wet or dry rot, or bacteria results from fire or lightning; or

**b.**   To the extent coverage is provided for in the **Fungi,** Wet or Dry Rot or Bacteria Supplemental Coverage under Section **I** - Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from **fungi**, wet or dry rot, or bacteria is covered.

## SECTION I AND II CONDITIONS

Paragraph **2. Policy Period** is replaced by the following:

This policy applies only to loss or costs in Section **I** that occur during the policy period.

All other provisions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2010

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL DEDUCTIBLE

## SECTION I - CONDITIONS

Paragraph **5. Deductible** adds the following:

Each loss to property covered under Section **I** caused by, resulting from, contributed to, or aggravated by wind or hail is subject to the Windstorm or Hail Deductible shown on the Declarations.  No other deductible shall apply to such loss.

All other provisions of the policy apply.

EXHIBIT 1
Bates 62

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# HOME DAY CARE EXCLUSION

### SECTION II - EXCLUSIONS

The following exclusion is added:

**PERSONAL LIABILITY** and **MEDICAL PAYMENTS TO OTHERS** do not apply to **bodily injury** and **property damage** arising out of, or in connection with, any **insured person** engaging in any home day care activity. This exclusion applies even if the **insured person** receives no compensation for such activity. The care of an **insured person** as defined in the **DEFINITIONS** is not considered home day care activity.

All other provisions of the policy apply.

EXHIBIT 1
Bates 63

EXHIBIT 1
Bates 64

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# PERSONAL LIABILITY
# FUNGI, WET OR DRY ROT, OR BACTERIA EXCLUSION

## DEFINITIONS

The following Definitions are added:

**Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by **fungi** including **fungi** of any type or nature which causes, threatens to cause, or alleged to cause physical damage, deterioration, loss of use or loss of any diminution or reduction in the market value to tangible property. This includes **fungi** which can cause, threaten to cause, or alleged to cause any harm to any type of a living organism.

This includes, but is not limited to, any type or form of **fungi**, which is harmful or potentially harmful to the health or welfare of persons (such as Stachybotrys and others) or that is damaging or potentially damaging to tangible property, including wet or dry rot, mold, mildew and others.

**Remediation** means to test for, monitor, clean up, treat, eliminate, prevent, detoxify, neutralize, contain, remove, dispose of, or in any way respond to or assess the effects of **fungi**.

## SECTION II - EXCLUSIONS

The following Exclusion is added:

**Personal Liability** and **Medical Payments to Others** do not apply to **bodily injury** or **property damage** arising directly or indirectly, in whole or in part, from or associated in any way with the actual, alleged or threatened inhalation of, ingestion of, contact with, occurrence of, growth of, release of, transmission of, migration of, dispersal of, decontamination of, **remediation** of or exposure to **fungi**, wet or dry rot, or bacteria. This includes, but is not limited to **bodily injury** or **property damage**:

1.   Arising from or associated in any way with actual or threatened **fungi**, wet or dry rot, or bacteria at or upon any real property, personal property, product or any other tangible property of any **insured** or any other person(s) or organization(s) located anywhere in the world;

2.   Arising from or associated in any way with any actual or threatened inhalation of, exposure to, absorption or ingestion of or physical contact with **fungi**, wet or dry rot, or bacteria;

3.   Arising from or associated in any way with any testing, monitoring, clean-up, **remediation**, treatment, removal or neutralization of **fungi**, wet or dry rot, or bacteria, including any associated costs or expenses; or

4.   Arising from or associated in any way with any error or omission in supervision, instructions, recommendations, notices, warnings or advice, given or which should have been given in connection with **fungi**, wet or dry rot, or bacteria.

All other provisions of the policy apply.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2010

EXHIBIT 1
Bates 66

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# SPECIAL PROVISIONS - WYOMING

With respect to the changes provided by this endorsement, the provisions of the Policy apply unless modified by the endorsement.

## DEFINITIONS

The definition below is replaced by the following:

1.  **Actual cash value** means the cost to repair or replace property with new materials of like kind and quality, less an adjustment for physical depreciation, deterioration, and obsolescence associated with repair or replacement of covered property at the time of loss.

## SECTION I - PROPERTY COVERAGE

## SUPPLEMENTARY COVERAGES

Under Paragraph **6. Credit Card, Fund Transfer Card Or Access Device, Forgery And Counterfeit Money, f.** is replaced by the following:

f.  We may investigate and settle any claim or suit that we decide is appropriate. The tender of Policy limits before judgment or settlement does not relieve us of our duty to defend.

## SECTION I - CONDITIONS

Paragraph **2. Hail** is deleted.

Paragraph **7. Payment Of Loss** is replaced by the following:

7.  **Payment Of Loss**

We will adjust all losses with you.  We will pay you unless some other person is named in the Policy or is legally entitled to receive payment. Claims for benefits under this Policy shall be rejected or accepted and paid by us or our agent designated to receive those claims within 45 days after receipt of the claim and supporting bills.

Paragraph **15. Suit Against Us** is replaced by the following:

15.  **Suit Against Us**

No action can be brought against us unless there has been full compliance with all the terms under **SECTION I** of this Policy and the action is started within four years after discovery of loss.

## SECTION II - LIABILITY COVERAGE

## PERSONAL LIABILITY

Paragraph **2.** is replaced by the following:

Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. The tender of Policy limits before judgment or settlement does not relieve us of our duty to defend.  We have no duty to defend any suit or settle any claims for **bodily injury** or **property damage** not covered under this Policy.

## SECTION I AND II - CONDITIONS

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2023

Paragraph **6. Cancellation** is replaced by the following:

**6.    Cancellation**

    **a.**    You may cancel this Policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

    **b.**    We may cancel this Policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice will be personally delivered to the **insured person** and the agent or mailed to the **insured person** and the agent at their addresses shown on the Declarations Page. If mailed, notice shall be deemed given when deposited in the United States mail, postage prepaid. Proof of mailing will be sufficient proof of notice.

        **(1)**    An insurance Policy or renewal shall not be canceled by an insurer prior to the expiration of the term stated in the Policy, except for any one  of the following reasons:

            **(a)**    Failure to pay a premium when due;

            **(b)**    Material misrepresentation of fact which if known to the company would have caused the company not to issue the Policy;

            **(c)**    Substantial change in the risk assumed, except to the extent that the insurer should reasonably have foreseen the change or contemplated the risk in writing the Policy; or

            **(d)**    Substantial breaches of contractual duties, conditions, or warranties.

        **(2)**    Cancellation under paragraph **(1) (a)**, **(c)**, or **(d)** of this section shall not be effective unless written notice stating the precise reason for cancellation has been made as provided in W.S. 26-35-101:

            **(a)**    Not less than ten (10) days prior to the proposed effective date of cancellation if cancellation is for the reason stated in paragraph **(1) (a)** of this section; or

            **(b)**    Not less than forty-five (45) days prior to the proposed effective date of cancellation in all other cases except paragraph **(1) (b)** of this section.

        **(3)**    Subsections **(1)** and **(2)** of this section do not apply to any insurance policy which has been in effect for less than sixty (60) days and is not a renewal of a previously existing policy for a term longer than sixty (60) days.

    **c.**    When this Policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    **d.**    If this Policy is canceled by you, we will refund the return premium within a reasonable time after the date cancellation takes effect.  If we cancel this Policy, any unearned premium will be refunded to you prior to the effective date of cancellation.

Paragraph **7. Nonrenewal** is replaced by the following:

**7.    Nonrenewal**

We may elect not to renew this Policy. Any notice of nonrenewal under this section shall state the precise reason for nonrenewal. There shall be no liability on the part of an insurer for stated reasons of nonrenewal given in good faith pursuant to this article. We may do so by delivering to you or mailing to you at your mailing address shown on the Declarations Page, written notice at least 45 days before the expiration date of this Policy. Proof of mailing will be sufficient proof of notice.

Paragraph **9. Death** is replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2023

 EXHIBIT 1

**9.  Death**

If any person named in the Declarations Page or the spouse, if a resident of the same household, dies, the following apply:

**a.**  We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the Policy at the time of death;

**b.**  In the event of a transfer on death deed in accordance with Wyoming law, coverage under Dwelling coverage and Other Structures coverage of **SECTION I – PROPERTY COVERAGES** in force at the time of the grantee's death is extended to the grantee beneficiary designated under a transfer on death deed, but only for a period of up to 60 days from the date of transfer of title, subject to the provisions of the Policy. This extension does not apply if the grantee beneficiary has disclaimed interest in the property; and

**c.**  Insured person includes:

**(1)**  An insured person who is a member of your household at the time of your death, but only while a resident of the residence premises; and

**(2)**  With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

All other provisions of the Policy apply.

EXHIBIT 1
Bates 70

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF THE POLICY.
PLEASE READ IT CAREFULLY.

# REPLACEMENT COST WITH ROOF COVERING RESTRICTION - WYOMING

## DEFINITIONS

The following definitions are added**:**

**Roof** means **roof covering** and its **component parts** which cover a building or structure.

Types of **roof coverings** include, but are not limited to shingle, asphalt, clay, slate, tile, metal, cement, roll, rubber, PVC, modified bitumen, tar and gravel, spray foam, wood shakes or shingles.

**Component parts** include but are not limited to trusses, rafters, decking, underlayment, sheathing, drip edge, shingles, tiles or other outer covering, jack pipes, gutters, downspouts, vents, skylights or solar panels including all required connecting materials.

## SECTION I - CONDITIONS

**1.** **Method of Settlement**

Paragraph **a.** is replaced by the following with respect to dwelling and other structures only:

**a.** The amount we will pay for loss of, or damage to your dwelling and other structures, except **roof coverings** 11 years old or older, is the cost to repair or replace, without deduction for depreciation.

   **(1)** The most we will pay for loss of, or damage to your dwelling and other structures is the lowest of the following amounts:

   **(a)** The cost to repair or replace that part of the building damaged with material of like kind and quality and for like use on the same premises;

   **(b)** The necessary amount actually spent to repair or replace the damaged building; or

   **(c)** The amount of insurance that applies to the building as shown on the Declarations.

   **Roof coverings** 11 years old or older will be settled at **actual cash value**.

   **(2)** When the full cost of repair is more than $1,000, we will pay no more than the **actual cash value** of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in paragraphs **1.a.** and **(1)** above.

   **(3)** You may disregard these replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an **actual cash value** basis. You may then make claim for any additional liability according to the provisions of this endorsement, provided you notify us of your intent to do so within 180 days after the date of loss.

   **(4)** If you cannot provide proof that at least 50 percent of your **roof covering** is less than 11 years old at the time of loss, we will settle a covered loss to your **roof covering** on **actual cash value** basis.

Paragraph **b.** is deleted with respect to dwelling and other structures only.

All other provisions of the Policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2010

EXHIBIT 1
Bates 71

EXHIBIT 1
Bates 72